KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: Kirsten.Milton@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RANDY SIMMS, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., a Nevada Corporation; DOES I-X; ROE CORPORATION I-X<br><br>Defendants. | Case No.: 2:24-cv-01182-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING THE STIPULATION TO DISMISS THE CASE WITH PREJUDICE** |

Defendant Nevada Restaurant Services, Inc. ("Defendant"), by and through its counsel, and Plaintiff Randy Simms ("Plaintiff") by and through counsel (together, the "Parties"), hereby stipulate and agree as follows:

1. On December 2, 2024, the Parties participated in an Early Neutral Evaluation ("ENE") via videoconference before Judge Weksler. (ECF No. 22.)

2. During the ENE, the Parties agreed to settle the case. *Id*.

3. A stipulation dismissing the case with prejudice is currently due on January 31, 2025. *Id*.

4. Since the ENE, the Parties have exchanged drafts of the Settlement General Release Agreement (the "Agreement"), but need an additional 21 days to finalize the Agreement.

1    5. As such, the Parties stipulate and respectfully request an additional 21 days, through
2    and including February 21, 2025 to file a stipulation dismissing the case with prejudice.
3    6. This Stipulation is made in good faith and not for the purpose of delay.  No prior
4    request to extend the deadline to file a stipulation to dismiss the case has been made.
5    Dated this 31st day of January 2025.

NEVADA RESTAURANT SERVICES, INC.    RANDY SIMMS

*/s/ Kirsten A. Milton*    */s/ Michael Arata*
Kirsten A. Milton, Bar #14401    Michael Arata, Bar #11902
Jackson Lewis P.C.    HKM Employment Attorneys LLP
300 S. Fourth Street, Suite 900    101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89101    Las Vegas, Nevada 89109

*Attorneys for Defendant*    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. District Court Judge/Magistrate Judge

Dated: 2-6-25