| | |
|---|---|
| 1 | KIRSTEN A. MILTON, ESQ. |
| | Nevada State Bar No. 14401 |
| 2 | **JACKSON LEWIS P.C.** |
| 3 | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| 4 | Tel: (702) 921-2460 |
| | Fax: (702) 921-2461 |
| 5 | Email: Kirsten.Milton@jacksonlewis.com |

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDY SIMMS, | Case No.: 2:24-cv-01182-CDS-MDC |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NEVADA RESTAURANT SERVICES, INC., | |
| Defendants | |

Defendant Nevada Restaurant Services, Inc. ("Defendant"), by and through its counsel, and Plaintiff Randy Simms ("Plaintiff") by and through counsel, pursuant to Fed. R. Civ. P. Rule

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

1  41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims
2  herein against all parties, with each party to bear its own attorney's fees and costs.
3      Dated this 7th day of March 2025.

| JACKSON LEWIS P.C. | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| */s/ Kirsten A. Milton* <br> Kirsten A. Milton, Bar #14401 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 | */s/ Michael Arata* <br> Michael Arata, Bar #11902 <br> 101 Convention Center Dr., Suite 600 <br> Las Vegas, Nevada 89109 |
| *Attorneys for Defendant* <br> *Nevada Restaurant Services, Inc.* | *Attorneys for Plaintiff* <br> *Randy Simms* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. District Judge

Dated: March 11, 2025